## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 19-9742-GW-FFMx | Date | February 21, 2020 |
|---|---|---|---|
| Title | *Luke Werkhoven, et al. v. Electrolux Home Products, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** **IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

A Joint Notice of Settlement was filed on February 20, 2020. The Court sets an order to show cause re settlement hearing for April 2, 2020 at 8:30 a.m. The parties are advised the hearing will be vacated, and no appearance will be required provided a dismissal is filed by noon on April 1, 2020.

All previously set deadlines and hearing dates are vacated and taken off-calendar.

:

Initials of Preparer    JG